Paulo B. McKeeby (SBN 00784571)
*Pro Hac Vice Pending*
Email:  pmckeeby@reedsmith.com
REED SMITH LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
Telephone: +1 469 680 4200
Facsimile: +1 469 680 4299

Garrett C. Parks (SBN 297971)
Email:  gparks@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE KOHLMANN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., an entity; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. _____<br><br>**DECLARATION OF KELLEY SCOTT IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**<br><br>Contra Costa County Superior Court<br>Case No.:　　C20-00008<br>State Action Filed:　January 6, 2020 |

I, Kelley Scott, declare as follows:

1.  I am a Human Resources Manager for Defendant Tyler Technologies, Inc. ("Tyler"). I have knowledge of the matters stated in this Declaration through my personal knowledge and/or my review of Tyler records kept in the ordinary course of business. I submit this Declaration in support of Tyler's removal of the above-captioned civil action to this Court.

2. Tyler is incorporated in the State of Delaware.

3. Tyler's principal place of business is located in Plano, Texas.

4. I reviewed Plaintiff Marianne Kohlmann's ("Plaintiff") personnel file and her annual salary was $70,000.

5. Plaintiff was employed by Tyler from approximately June 4, 2018 until around September 25, 2018, and earned approximately $22,076.94 during her employment at Tyler.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 4, 2020, at Yarmouth, ME.

_____
KELLEY SCOTT