Paulo B. McKeeby (SBN 00784571)
*Pro Hac Vice Pending*
Email:   pmckeeby@reedsmith.com
REED SMITH LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201
Telephone: +1 469 680 4200
Facsimile: +1 469 680 4299

Garrett C. Parks (SBN 297971)
Email:   gparks@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE KOHLMANN,<br><br>           Plaintiff,<br><br>     vs.<br><br>TYLER TECHNOLOGIES, INC., an entity; and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No. _____<br><br>**CERTIFICATE OF INTERESTED ENTITIES**<br><br>Contra Costa County Superior Court<br>Case No.:           C20-00008<br>State Action Filed:   January 6, 2020 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure, 7.1 and Local Civil Rule 3-15, Defendant Tyler Technologies, Inc. ("Defendant"), makes this Certification as to Parties with Financial Interest. The undersigned, counsel of record for Defendant, certifies that the following listed parties may have a

pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Tyler Technologies, Inc. discloses no other interested entities.

DATED: February 5, 2020

                REED SMITH LLP

By: */s/ Garrett C. Parks*
    Paulo B. McKeeby *(Pro Hac Vice)*
    Garrett C. Parks
    Attorneys for Defendant
    Tyler Technologies, Inc.