# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Marianne Kohlmann,

                    Plaintiff(s),

    v.

Tyler Technologies, Inc.,

                  Defendant(s).

Case No: 3:20-cv-00861

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Paulo B. McKeeby, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Tyler Technologies, Inc, in the above-entitled action. My local co-counsel in this case is Garrett C. Parks, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>2501 N. Harwood Street, Suite 1700<br>Dallas, Texas 75201 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>469-680-4227 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-543-8700 |
| MY EMAIL ADDRESS OF RECORD:<br>pmckeeby@reedsmith.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gparks@reedsmith.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00784571 TX.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2/5/20

                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Paulo B. McKeeby is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

American LegalNet, Inc.<br>www.FormsWorkFlow.com