Paulo B. McKeeby (SBN 00784571)
*Pro Hac Vice Pending*
Email:	pmckeeby@reedsmith.com
REED SMITH LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201
Telephone: +1 469 680 4200
Facsimile: +1 469 680 4299

Garrett C. Parks (SBN 297971)
Email:	gparks@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE KOHLMANN,<br><br>             Plaintiff,<br><br>       vs.<br><br>TYLER TECHNOLOGIES, INC., an entity; and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No. 3:20-cv-00861 JCS<br><br>**CERTIFICATE OF SERVICE**<br><br>Contra Costa County Superior Court<br>Case No.:	C20-00008<br>State Action Filed:	January 6, 2020 |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659. On February 5, 2020, I served the following document(s) by the method indicated below:

**CASE ASSIGNMENT TO MAGISTRATE JUDGE SPERO**

**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**

**DECLARATION OF KELLEY SCOTT IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**

**DECLARATION OF GARRETT C. PARKS IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**

**CIVIL COVER SHEET**

**DEFENDANT TYLER TECHNOLOGIES, INC. CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

**REQUEST FOR ADR PHONE CONFERENCE**

**GUIDE TO E-FILING NEW CIVIL CASES**

**ECF REGISTRATION INFORMATION**

**WAIVER OF THE SERVICE OF SUMMONS**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATE MAGISTRATE JUDGE FOR TRIAL**

**CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JOSEPH C. SPERO**

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**NOTICE TO CLERK OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT (STATE)**

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

**DEFENDANT TYLER TECHNOLOGIES, INC.'S ANSWER TO COMPLAINT (STATE)**

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE OF PAULO B. MCKEEBY**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below.  The transmission was completed before 5:00 PM  and was reported complete and without error.  The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine.  Service by fax was made by agreement of the parties, confirmed in writing.  The transmitting fax machine complies with Cal. R. Ct. 2.306.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

Siddharth Jhans
JHANS LAW
2121 North California Blvd.
Suite 290
Walnut Creek, CA 94596
Telephone: 415.994.2653
Email: sid@jhanslaw.com

Attorneys for Plaintiff
Marianne Kohlmann

I declare under penalty of perjury under the laws of the United States in the State of California that the above is true and correct.  Executed on February 5, 2020, at San Francisco, California.

_Karen Ellis_
Karen Ellis