SIDDHARTH JHANS (State Bar No. 254165)
**JHANS LAW**
2121 North California Boulevard, Suite 290
Walnut Creek, CA 94596
Telephone:   415.994.2653
Email: sid@jhanslaw.com

Attorneys for Plaintiff
MARIANNE KOHLMANN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE KOHLMANN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TYLER TECHNOLOGIES, INC., an entity; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-00861-JCS<br><br>**PLAINTIFF MARIANNE KOHLMANN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Honorable Joseph C. Spero |

-1-

**PLAINTIFF MARIANNE KOHLMANN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1
2     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
3  named parties, there is no such interest to report.
4
5
6  Dated: April 29, 2020         JHANS LAW
7
8                                 */s/Siddharth Jhans*
                                  Siddharth Jhans
9                                 Attorneys for Plaintiff,
                                  MARIANNE KOHLMANN
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                        -2-

**PLAINTIFF MARIANNE KOHLMANN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

## CERTIFICATE OF SERVICE

I, Siddharth Jhans, declare:

I am employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2121 North California Blvd, Suite 290, Walnut Creek, CA 94596. On April 29, 2020, I served a copy of the within document(s): **PLAINTIFF MARIANNE KOHLMANN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☑  **VIA CM/ECF** by electronic mail by the U.S. District Court CM/ECF – Live System to the email address(es) set forth below.

| | |
|---|---|
| Paulo B. McKeeby<br>Email:   pmckeeby@reedsmith.com<br>REED SMITH LLP<br>2501 N. Harwood Street<br>Suite 1700<br>Dallas, TX  75201<br>Telephone: +1 469 680 4200<br>Facsimile: +1 469 680 4299 | *Attorneys for Defendant*<br>TYLER TECHNOLOGIES, INC. |
| Garrett C. Parks<br>Email:   gparks@reedsmith.com<br>REED SMITH LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA  94105-3659<br>Telephone: +1 415 543 8700<br>Facsimile: +1 415 391 8269 | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on April 29, 2020, at Walnut Creek, California.

                                            */s/ Siddharth Jhans*
                                              Siddharth Jhans

**PLAINTIFF MARIANNE KOHLMANN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**