Paulo B. McKeeby (SBN 00784571)
*Admitted Pro Hac Vice*
Email:   pmckeeby@reedsmith.com
REED SMITH LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201
Telephone: +1 469 680 4200
Facsimile: +1 469 680 4299

Garrett C. Parks (SBN 297971)
Email:   gparks@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE KOHLMANN, <br><br>    Plaintiff, <br><br>  vs. <br><br> TYLER TECHNOLOGIES, INC., an entity; and DOES 1 through 25, inclusive, <br><br>    Defendants. | Case No. 3:20-cv-00861 JCS <br><br> **CASE MANAGEMENT [PROPOSED] ORDER** <br><br><br> Complaint filed:   January 6, 2020 <br><br> Honorable Joseph C. Spero |

## CASE MANAGEMENT [PROPOSED] ORDER

The parties JOINT CASE MANAGEMENT STATEMENT is approved as the Case Management Order for this case and all parties will comply with its provisions. In addition, the Court makes the further orders stated below:

**IT IS SO ORDERED.**

DATED: _____     _____
The Honorable Joseph C. Spero
UNITED STATES CHIEF MAGISTRATE JUDGE