1  SIDDHARTH JHANS (State Bar No. 254165)
   **JHANS LAW**
2  1255 Treat Blvd, Suite 300
   Walnut Creek, CA 94597
3  Telephone:    415.994.2653
   Email: sid@jhanslaw.com
4
   Attorneys for Plaintiff
5  MARIANNE KOHLMANN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MARIANNE KOHLMANN, an individual, | Case No. 3:20-cv-00861-JCS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL** |
| TYLER TECHNOLOGIES, INC., an entity; and DOES 1 through 25, inclusive, | |
| Defendants. | Honorable Joseph C. Spero |

**TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT EFFECTIVE IMMEDIATELY PLAINTIFF'S COUNSEL'S ADDRESS IS AS FOLLOWS:**

**JHANS LAW
1255 Treat Blvd, Suite 300
Walnut Creek, CA 94597
Telephone:    415.994.2653
Email: sid@jhanslaw.com**

-1-

**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL**

| | | |
|---|---|---|
| 1 | Dated: May 5, 2020 | JHANS LAW |
| 2 | | |
| 3 | | */s/Siddharth Jhans* |
| | | Siddharth Jhans |
| 4 | | Attorneys for Plaintiff, |
| | | MARIANNE KOHLMANN |

-2-

**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL**

# CERTIFICATE OF SERVICE

I, Siddharth Jhans, declare:

I am employed in Contra Costa County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 1255 Treat Blvd, Suite 300, Walnut Creek, CA 94597.  On May 5, 2020, I served a copy of the within document(s):
**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL**

☑   **VIA CM/ECF** by electronic mail by the U.S. District Court CM/ECF – Live System to the email address(es) set forth below.

| | |
|---|---|
| Paulo B. McKeeby<br>Email:     pmckeeby@reedsmith.com<br>REED SMITH LLP<br>2501 N. Harwood Street<br>Suite 1700<br>Dallas, TX  75201<br>Telephone: +1 469 680 4200<br>Facsimile: +1 469 680 4299 | *Attorneys for Defendant*<br>TYLER TECHNOLOGIES, INC. |
| Garrett C. Parks<br>Email:     gparks@reedsmith.com<br>REED SMITH LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA  94105-3659<br>Telephone: +1 415 543 8700<br>Facsimile: +1 415 391 8269 | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on May 5, 2020, at Walnut Creek, California.

*/s/ Siddharth Jhans*
Siddharth Jhans

-3-

**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL**