# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| **Case No.:** 20-cv-00861-JCS | **Case Name:** Kohlmann v. Tyler Technologies, Inc. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: May 8, 2020 | **Time:** 21 M |

**Attorney for Plaintiff:** Sidharth Jhans (by AT&T Conference Call)
**Attorney for Defendant:** Garrett Parks, Paulo McKeeby (by AT&T Conference Call)

**Deputy Clerk:** Karen Hom               **Court Reporter:** Not Recorded

## PROCEEDINGS

1. Initial Case Management Conference - Held

## ORDERED AFTER HEARING

Plaintiff shall produce mental health records from May 2016 to present and records regarding compensation from employment.
Updated joint case management conference statement due 9/4/2020.


**NOTES:**

**CASE CONTINUED TO:**   09/11/2020 at 2:00 PM for a further case management conference.

**REFERRALS:**

[X] Case referred to ADR for Mediation to occur within 120 Days .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:  up to 2 each side before the mediation or next cmc.**
**Discovery Cutoff:   04/01/2021**
**Expert Disclosure: 04/01/2021 by party that bears burden of proof. 4/15/2021 for Defendant.**
**Expert Rebuttal:**
**Expert Discovery Cutoff:  5/15/2021**
**Deadline to File Dispositive Motions: 5/21/2021**
**Opposition due: 6/4/2021**

**Replies due: 6/11/2021**
**Motions Hearing & Daubert Motions:  7/9/2021 at 9:30 AM**
**Pretrial Conference:  10/15/2021 at 2:00 PM**
**Trial:  10/25/2021** at **8:30 AM for 7 days**     [ X ]  Jury  [ ]  Court

**Order to be prepared by:**
[ ]  Plaintiff          [ ]  Defendant         [X] Court
**cc:**  ADR