United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marianne Kohlmann,<br><br>        Plaintiff,<br><br>  v.<br><br>Tyler Technologies, Inc.,<br><br>        Defendant | Case No. 20-cv-00861-JCS<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Stella Fey Epling
> North Beach Mediation / North Beach Law
> 408 Columbus Ave.
> San Francisco, CA 94133
> 415-390-2220
> northbeachmediation@gmail.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
20-cv-00861-JCS

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 23, 2020

                    SUSAN Y. SOONG
                    Clerk
                    by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
20-cv-00861-JCS                    2