SIDDHARTH JHANS (SBN 254165)
JHANS LAW
1255 Treat Blvd, Suite 300
Walnut Creek, CA 94597
Telephone: (415) 994-2653
Email: sid@jhanslaw.com

Attorneys for Plaintiff
MARIANNE KOHLMANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE KOHLMANN,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TYLER TECHNOLOGIES, INC., an entity; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-00861 JCS<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br><br>Complaint filed:　January 6, 2020<br><br>Honorable Joseph C. Spero |

　　　Plaintiff Marianne Kohlmann ("Plaintiff") and Defendant Tyler Technologies Inc., ("Tyler" or "Defendant") (together, the "Parties") submit their Updated Joint Case Management Conference Statement pursuant to the Court's Case Management and Pretrial Order. *See* Dkt. No. 19.

　　　Following the May 8, 2020, Case Management Conference, the Parties exchanged written discovery and took the first day of deposition of Plaintiff and one of Defendant's witnesses. The Parties completed the deposition of another of Defendant's witnesses. The parties have engaged in meet and confer efforts regarding some of Defendant's responses to Plaintiff's discovery and agreed to continue such efforts in the event this matter did not resolve

at mediation.  On September 2, 2020, the Parties participated in a mediation with Stella Fey Epling.  At the conclusion of the mediation, Ms. Epling made a mediator's proposal to the Parties, which expires on Tuesday, September 8, 2020.  As of this submission, the Parties have neither accepted nor rejected the mediator's proposal.

DATED:  September 4, 2020　　　　REED SMITH LLP

By: */s/ Paulo B. McKeeby*
Paulo B. McKeeby *(Pro Hac Vice)*
Garrett C. Parks
Attorneys for Defendant
Tyler Technologies, Inc.

DATED:  September 4, 2020　　　　JHANS LAW

By: */s/ Siddharth Jhans*
Siddharth Jhans
Attorneys for Plaintiff
Marianne Kohlmann

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Siddharth Jhans, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories by a conformed signature (/S/) within this e-filed document.

Dated:  September 4, 2020

REED SMITH LLP

By: */s/ Siddharth Jhans*
Siddharth Jhans
Attorneys for Plaintiff
Marianne Kohlmann