Paulo B. McKeeby (SBN 00784571)
*Admitted Pro Hac Vice*
Email: pmckeeby@reedsmith.com
REED SMITH LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201
Telephone: +1 469 680 4200
Facsimile: +1 469 680 4299

Garrett C. Parks (SBN 297971)
Email: gparks@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE KOHLMANN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TYLER TECHNOLOGIES, INC., an entity; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00861 JCS<br><br>**STIPULATION TO CONTINUE SEPTEMBER 11, 2020 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint filed:   January 6, 2020<br><br>Honorable Joseph C. Spero |

Plaintiff Marianne Kohlmann ("Plaintiff") and Defendant Tyler Technologies Inc., ("Tyler" or "Defendant") (together, the "Parties") stipulate as follows:

　　　1.　　A Case Management Conference is currently set in this case for September 11, 2020.

　　　2.　　The Parties have agreed in principal to a settlement of the case in its entirety.

– 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

3. The Parties anticipate it will take approximately 30 days to execute the terms of the settlement and to file a dismissal of the case in its entirety with prejudice.

4. As such, the Parties respectfully request that the September 11 Case Management Conference be continued until October 9, 2020, or the next available date most convenient for the Court.

A proposed order is set forth below.

DATED: September 10, 2020                REED SMITH LLP

By: /s/ Garrett C. Parks
Paulo B. McKeeby *(Pro Hac Vice)*
Garrett C. Parks
Attorneys for Defendant
Tyler Technologies, Inc.

DATED: September 10, 2020                JHANS LAW

By: /s/ Siddharth Jhans
Siddharth Jhans
Attorneys for Plaintiff
Marianne Kohlmann

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Garrett C. Parks, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories by a conformed signature (/S/) within this e-filed document.

Dated: September 10, 2020

REED SMITH LLP

By: /s/ Garrett C. Parks
Paulo B. McKeeby *(Pro Hac Vice)*
Garrett C. Parks
Attorneys for Defendant
Tyler Technologies, Inc.

## [PROPOSED] ORDER

By stipulation of the Parties, it is hereby ORDERED that the September 11, 2020 Case Management Conference is CONTINUED until _____.

**IT IS SO ORDERED.**

DATED: _____

                                                  Honorable Joseph C. Spero
                                                  CHIEF U.S. MAGISTRATE JUDGE