1  Siddharth Jhans (State Bar No. 254165)
   JHANS LAW
2  1255 Treat Blvd, Suite 300
   Walnut Creek, CA 94597
3  Telephone:    415.994.2653
   Email: sid@jhanslaw.com
4
   Attorneys for Plaintiff
5  MARIANNE KOHLMANN

6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 MARIANNE KOHLMANN, an individual,    | Case No. 3:20-cv-00861-JCS
11              Plaintiff,
                                         | **STIPULATION TO CONTINUE OCTOBER
12    v.                                 | 9, 2020 CASE MANAGEMENT
                                         | CONFERENCE**
13 TYLER TECHNOLOGIES, INC., an entity;
   and DOES 1 through 25, inclusive,
14              Defendants.              | Honorable Joseph C. Spero

15

16

17       Plaintiff Marianne Kohlmann ("Plaintiff") and Defendant Tyler Technologies Inc.,

18 ("Tyler" or "Defendant") (together, the "Parties") stipulate as follows:

19       1.    A Case Management Conference is currently set in this case for October 9, 2020.

20       2.    The Parties have reached a settlement of this case, but will need till October 16,

21 2020 to execute the terms of the settlement and file a dismissal of the case in its entirety with

22 prejudice.

23       4.    As such, the Parties respectfully request that the October 9, 2020 Case

24 Management Conference be continued until October 16, 2020, or the next available date most

25 convenient for the Court.

26       A proposed order is set forth below.

27

28                                      -1-

STIPULATION

DATED:  October 6, 2020     JHANS LAW


By: */s/ Siddharth Jhans*
   Siddharth Jhans
   Attorneys for Plaintiff
   Marianne Kohlmann


DATED:  October 6, 2020     REED SMITH LLP


By: */s/ Paulo B. McKeeby*
   Paulo B. McKeeby *(Pro Hac Vice)*
   Attorneys for Defendant
   Tyler Technologies, Inc.


### **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Siddharth Jhans, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories by a conformed signature (/S/) within this e-filed document.

Dated: October 6, 2020     JHANS LAW


By: */s/ Siddharth Jhans*
   Siddharth Jhans
   Attorneys for Plaintiff
   Marianne Kohlmann

## **[PROPOSED] ORDER**

By stipulation of the Parties, it is hereby ORDERED that the October 9, 2020 Case Management Conference is CONTINUED until _____.

**IT IS SO ORDERED.**

Dated: _____

_____
Joseph C. Spero
Chief U.S. Magistrate Judge

STIPULATION