1    Siddharth Jhans (State Bar No. 254165)
     JHANS LAW
2    1255 Treat Blvd, Suite 300
     Walnut Creek, CA 94597
3    Telephone:     415.994.2653
     Email: sid@jhanslaw.com
4
     Attorneys for Plaintiff
5    MARIANNE KOHLMANN

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   MARIANNE KOHLMANN, an individual,        Case No. 3:20-cv-00861-JCS

11                     Plaintiff,
                                              **STIPULATION TO CONTINUE OCTOBER
12         v.                                 9, 2020 CASE MANAGEMENT
                                              CONFERENCE**
     TYLER TECHNOLOGIES, INC., an entity;
13   and DOES 1 through 25, inclusive,

14                     Defendants.            Honorable Joseph C. Spero

15

16

17         Plaintiff Marianne Kohlmann ("Plaintiff") and Defendant Tyler Technologies Inc.,

18   ("Tyler" or "Defendant") (together, the "Parties") stipulate as follows:

19         1.     A Case Management Conference is currently set in this case for October 9, 2020.

20         2.     The Parties have reached a settlement of this case, but will need till October 16,

21   2020 to execute the terms of the settlement and file a dismissal of the case in its entirety with

22   prejudice.

23         4.     As such, the Parties respectfully request that the October 9, 2020 Case

24   Management Conference be continued until October 16, 2020, or the next available date most

25   convenient for the Court.

26         A proposed order is set forth below.

27

28                                      -1-

                                    STIPULATION

1

2

DATED:  October 6, 2020          JHANS LAW

3

4

By: */s/ Siddharth Jhans*
    Siddharth Jhans

5

Attorneys for Plaintiff
Marianne Kohlmann

6

7

DATED:  October 6, 2020          REED SMITH LLP

8

9

By: */s/ Paulo B. McKeeby*
    Paulo B. McKeeby *(Pro Hac Vice)*

10

Attorneys for Defendant

11

Tyler Technologies, Inc.

12

13

## **SIGNATURE ATTESTATION**

14

Pursuant to Local Rule 5-1(i)(3), I, Siddharth Jhans, hereby attest under penalty of perjury

15

that concurrence in the filing of this document has been obtained from all signatories by a

16

conformed signature (/S/) within this e-filed document.

17

18

Dated: October 6, 2020          JHANS LAW

19

20

By: */s/ Siddharth Jhans*
    Siddharth Jhans

21

Attorneys for Plaintiff
Marianne Kohlmann

22

23

24

25

26

27

28

-2-

STIPULATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [~~PROPOSED~~] ORDER

By stipulation of the Parties, it is hereby ORDERED that the October 9, 2020 Case Management Conference is CONTINUED until  October 16, 2020, at 2:00 PM by  Zoom.

**IT IS SO ORDERED.**

Dated: __10/7/2020__

_____

Joseph C. Spero
Chief U.S. Magistrate Judge

-3-

STIPULATION