Siddharth Jhans (State Bar No. 254165)
JHANS LAW
1255 Treat Blvd, Suite 300
Walnut Creek, CA 94597
Telephone:     415.994.2653
Email: sid@jhanslaw.com

Attorneys for Plaintiff
MARIANNE KOHLMANN

Paulo B. McKeeby (SBN 00784571)
*Admitted Pro Hac Vice*
Email:     pmckeeby@reedsmith.com
REED SMITH LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201
Telephone: +1 469 680 4200
Facsimile: +1 469 680 4299

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE KOHLMANN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TYLER TECHNOLOGIES, INC., an entity;<br>and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 3:20-cv-00861 JCS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:  January 6, 2020<br><br>Honorable Joseph C. Spero |

Plaintiff Marianne Kohlmann and Defendant Tyler Technologies, Inc., by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned lawsuit should be dismissed in its entirety with prejudice, with all parties to bear their own costs, disbursements, and attorneys' fees in this matter.

IT IS SO STIPULATED.

DATED: October 15, 2020     JHANS LAW

By: /s/ Siddharth Jhans
Siddharth Jhans
Attorneys for Plaintiff
Marianne Kohlmann

DATED: October 15, 2020     REED SMITH LLP

By: /s/ Paulo B. McKeeby
Paulo B. McKeeby *(Pro Hac Vice)*
Attorneys for Defendant
Tyler Technologies, Inc.

### **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Siddharth Jhans, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories by a conformed signature (/S/) within this e-filed document.

Dated: October 15, 2020     JHANS LAW

By: /s/ Siddharth Jhans
Siddharth Jhans
Attorneys for Plaintiff
Marianne Kohlmann